**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>Plaintiff,<br><br>v.<br><br>DIANA ISABEL LOPEZ D/B/A JD PARTY SUPPLY, et al.,<br><br>Defendants. | CV 24-1571 PA (AGRx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 31, 2024 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Luz Zendejas ("Plaintiff") against defendant Jeong Hwa Sohn, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: July 31, 2024

Percy Anderson
UNITED STATES DISTRICT JUDGE